[No. 906-3.    Division Three.    March 27, 1975.]

*In the Matter of the Estate of* SIDNEY A. HAWLEY. WILLIAM C. HARRISON, *Appellant*, v. LEROY E. HOOK, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93315, George T. Shields, J., entered June 13, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 890-3.    Division Three.    March 27, 1975.]

ERNEST J. SCHULZE, *Appellant*, v. SEATTLE-FIRST NATIONAL BANK *et al, Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 203103, George T. Shields, J., entered April 27, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1370-2.    Division Two.    March 28, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK LEE MUNGER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 45066, William L. Brown, Jr., J., entered March 5, 1974. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Bertil D. Johnson, J. Pro Tem.

[No. 2524-1.    Division One.    March 31, 1975.]

MICHIKO CHAMNESS, *Appellant*, v. HAROLD TODD, *Respondent.* HAROLD TODD, *Respondent*, v. MICHIKO CHAMNESS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, Nos. 746855, 735156, Theodore S. Turner, J., entered September 13, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Swanson, J.